AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

State and      **DISTRICT OF**      New Mexico

**UNITED STATES OF AMERICA**

**V.**

**Jesus ENRIQUEZ-Enriquez**
**AKA: Daniel Jesus ENRIQUEZ**
**Orlando ENRIQUEZ**

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 15 2018

## CRIMINAL COMPLAINT

CASE NUMBER: *18-MJ-3721*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ 11/15/18 _____ in _____ San Juan _____ county, in the _____ State and _____ District of _____ New Mexico _____ defendant (s) did, (Track Statutory Language of Offense)

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: POSSESSION OF DRUG PARAPHERNALIA , and who had not received the consent of the appropriate authority the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, having knowingly Re-entered the United States.

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326 (b)(1) _____

I further state that I am a _____ Deportation Officer _____ and that this complaint is based on the following facts:

Official Title

On November 15, 2018, the Defendant was encountered by Immigration and Customs Enforcement Officers at the San Juan County Adult Detention Center, Farmington, New Mexico. The Defendant was being held on a Driving under the Influence charge. It was determined that the Defendant was a citizen and national of Mexico and amenable to removal from the United States by being in the United States without permission or parole. A review of the Defendants A-File indicated that the Defendant was ordered removed from the United States by an Immigration Judge on April 21, 2008 and was removed from the United States to Mexico. A review of the defendant's immigration history does indicate that the Defendant neither applied for nor received the consent of the appropriate authority of the United States to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:    ☐ Yes    ☒ No

_Ert Anders_
Signature of Complainant

Sworn to before me and subscribed in my presence,

_November 15, 2018_
Date

at

Farmington, New Mexico
City and State

_B. Paul Briones_ United States Magistrate Judge
Name & Title of Judicial Officer

_Paul Briones_
Signature of Judicial Officer